**JS6**

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANN ROTH OSEARY,<br><br>          Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY,<br>a Pennsylvania Corporation,<br><br>          Defendant. | Case No. 2:22-cv-01092-RGK-MRW<br><br>~~[PROPOSED]~~ ORDER DISMISSING ACTION WITH PREJUDICE [26]<br><br>[FRCP, Rule 41(a)]<br><br>Complaint Filed: January 14, 2022<br>Case Removed: February 17, 2022<br>Trial Date: January 31, 2023 |

Pursuant to the parties' Stipulation for Dismissal of Action with Prejudice,

**IT IS HEREBY ORDERED THAT:**

    1.    This entire action is dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure; and

    2.    Each party shall bear her or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: **10/21/2022**

By: *Gary Klausner*

Hon. R. Gary Klausner
United States District Judge